

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/30/2019

1740 Broadway	T: 212.468.4800	www.dglaw.com
New York, NY 10019	F: 212.468.4888

Direct Dial: 212.468.4895
Email: dgreenberg@dglaw.com

December 30, 2019

**By ECF**

Hon. Valerie Caproni
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re:   Drone Racing League, Inc. v. Toy State International, Ltd.

Dear Judge Caproni:

We represent plaintiff Drone Racing League, Inc. ("DRL") in the above-captioned matter. We write to request an adjournment of the Initial Pretrial Conference ("IPTC") currently scheduled for January 3, 2019.

Defendant Toy State is a Hong Kong company. DRL served the summons and complaint upon Toy State in Hong Kong on December 13, 2019. Toy State has not yet appeared in this action, however, and Toy State's time to appear does not expire until Friday, January 3, the same date as the IPTC. DRL requests the within adjournment for this reason.

We have not yet heard from any counsel representing Toy State in this case. Accordingly, we are unaware of Toy State's availability to attend the IPTC on any specific date. Counsel for DRL, however, can attend the IPTC on any day and time convenient for the Court during the weeks of January 20-24, 2020 or January 27-31, 2020.

This is the first request for an adjournment of the IPTC.

Respectfully submitted,

*[signature]*

David S. Greenberg

DSG

cc:   Toy State International, Ltd.

---

Application GRANTED. The IPTC scheduled for January 3, 2020 is adjourned to **January 24, 2020 at 10:00 a.m.** The parties' joint submission is due by **January 16, 2020**.

SO ORDERED.

*[signature]*
12/30/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE