USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
DRONE RACING LEAGUE, INC.　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　-against-　　　　　　　　　　:　　19-CV-10797 (VEC)
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:　　　　ORDER
　　　　　　　　　　　　　　　　　　　:
TOY STATE INTERNATIONAL LTD.,　　　　 :
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　 :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on November 21, 2019, *see* Dkt. 1;

WHEREAS on December 13, 2019, Defendant was served with the summons and complaint under Hong Kong law *see* Dkts. 9, 11;

WHEREAS Defendant failed to appear, answer, or otherwise respond to the Complaint by the January 3, 2020 deadline to do so, *see* Fed. R. Civ. P. 12(a)(1) *see* Dkts. 9, 11;

WHEREAS an initial pretrial conference is scheduled for January 24, 2020 at 10:00 a.m.

IT IS HEREBY ORDERED:

1. No later than **January 23, 2020**, Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

2. The initial pretrial conference scheduled for **January 24, 2020 at 10:00 a.m.** is cancelled.

**SO ORDERED.**

**Date: January 16, 2020**　　　　　　　　　　　　_____
　　　　**New York, NY**　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**