UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DRONE RACING LEAGUE, INC.,

        Plaintiff,

-v-

TOY STATE INTERNATIONAL LTD.,

        Defendant.

1:19-cv-10797-VEC

**[PROPOSED]
ORDER TO SHOW CAUSE**

---

VALERIE E. CAPRONI, United States District Judge:

    Upon the Declaration of David S. Greenberg dated January 22, 2020; upon the Declaration of Nicholas Horbaczewski dated January 22, 2020; upon the Declaration of Wan Pak Hin Paul dated January 16, 2020; and upon the Clerk's Certificate of Default dated January 21, 2020; it is hereby

    ORDERED that Defendant TOY STATE INTERNATIONAL LTD. ("Defendant") appear and show cause before this Court at Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007, on _____, 2020 at _____ a.m./p.m., or as soon thereafter as the parties can be heard on why an Order should not be entered pursuant to the Federal Rules of Civil Procedure Rule 55(b)(2) and Local Rule 55.2(b) granting a default judgment in favor of Plaintiff Drone Racing League, Inc. ("Plaintiff") and against Defendant on the grounds that Defendant has failed to answer or otherwise defend against the complaint in the within action; and it is further

ORDERED that service of a copy of this Order and the papers upon which it is granted be made by Plaintiff via agent upon Defendant at Defendant's registered office in Hong Kong, no later than _____, 2020, be deemed good and sufficient service.

**SO ORDERED.**

_____
Hon. Valerie E. Caproni, U.S.D.J.