UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DRONE RACING LEAGUE, INC., <br><br> Plaintiff, <br><br> -v- <br><br> TOY STATE INTERNATIONAL LTD., <br><br> Defendant. | 1:19-cv-10797-VEC <br><br> **STATEMENT OF DAMAGES** |

Principal amount sued for ................................................................................................$800,000.00

Interest at 9.00 % per annum from July 31, 2018 through January 31, 2018 ..................... $108,000.01

Costs and Disbursements:

Clerk's fee ............................................................................................................................ $400.00
Statutory fee ........................................................................................................................... $20.00

Total (as of January 31, 2020) ........................................................................................ $908,420.01