USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DRONE RACING LEAGUE, INC.,

        Plaintiff,

    -v-

TOY STATE INTERNATIONAL LTD.,

        Defendant.

1:19-cv-10797-VEC

[PROPOSED]
**DEFAULT JUDGMENT**

    This action having been commenced on November 21, 2019 by the filing of a summons and complaint; a copy of the summons and complaint having been served on Defendant Toy State International Ltd. ("Defendant") on December 13, 2019 by delivery of those papers by plaintiff's agent to Defendant's registered office in Hong Kong pursuant to Hong Kong law; proof of service having been filed with the Court on January 16, 2020; and said Defendant not having answered the complaint and the time for answering the complaint having expired, it is hereby

    **ORDERED, ADJUDGED AND DECREED** that Plaintiff Drone Racing League, Inc. has judgment against Defendant Toy State International Ltd. in the liquidated amount of $800,000.00, with interest at 9.00 % per annum from July 31, 2018 through January 31, 2020 amounting to $108,000.01, plus costs and disbursements of this action in the amount of $420.00, amounting in all to $908,420.01.

Dated: New York, New York
       2/2 8          , 2020

**SO ORDERED**.

_____

Hon. Valerie E. Caproni, U.S.D.J.